ACCEPTED
03-14-00516-CR
6623582
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/24/2015 2:22:27 PM
JEFFREY D. KYLE
CLERK

NO. **03-14-00516-CR**

| | |
|---|---|
| MARK ANTHONY SERRANO | IN THE |
| V. | THIRD COURT OF APPEALS |
| THE STATE OF TEXAS | AUSTIN, TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/24/2015 2:22:27 PM
JEFFREY D. KYLE
Clerk

## STATE'S THIRD MOTION FOR EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE THIRD COURT OF APPEALS:

NOW COMES the State of Texas, Appellee in the above entitled and numbered cause and files this Motion for Extension of Time to File Appellee's Brief, and in support thereof would show the Court the following:

I.

Appellant was found guilty of Theft Over $20,000, a Third Degree felony enhanced as a Habitual Offender, and the Jury assessed punishment at 25 years confinement in the Texas Department of Criminal Justice on June 19, 2014. Appellant filed Notice of Appeal on August 20, 2014. Appellant's brief was filed on April 22, 2015. Appellant's amended brief was filed on May 12, 2015. The State's brief is currently due on August 24, 2015.

II.

The State has requested two previous extensions in this case.

III.

The State requests this extension of time due to the following: Counsel for the State has been preparing for jury trial on a Aggravated Assault with a Deadly Weapon, enhanced as a Habitual Offender, in State v. James Ray Parker, Cause Number B-13-0458-SA, which originally began on July 20, 2015, was continued due to unforeseen circumstances on the morning of trial, and was actually tried from August 17, 2015 to August 20, 2015.

Additionally, Counsel for the State has been involved in prosecution of cases including contested hearings, pretrial hearings, grand jury presentation, negotiations with opposing counsel, guilty pleas and other hearings in numerous additional pending felony cases.

WHEREFORE, The Attorney for the State requests an extension of time to August 28, 2015, in which to file State's Brief.

Respectfully submitted,

_____
John Best
Assistant District Attorney
51st Judicial District
124 W. Beauregard, Suite B
San Angelo, TX  76903
(325) 659-6583
State Bar No. 00796203

SWORN TO AND SUBSCRIBED before me by the said John Best, this 24th day of August, A. D. 2015.



CHRISTINE GEORGE
Notary Public, State of Texas
My Commission Expires
June 28, 2016

_____
Notary Public
State of Texas

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Extension of Time to File Appellee's Brief was this 24th day of August, 2015, delivered to Randol Stout, at rls2700@gmail.com, Attorney for Appellant, through e-file.txcourts.gov.                    .

John Best